[No. 37825-6-II.   Division Two.   August 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN DOUGLAS HYLTON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00047-2, James W. Lawler, J., entered May 30, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 37942-2-II.   Division Two.   August 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL RAYMOND LONGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00431-6, Stephen M. Warning, J., entered July 2, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 27168-4-III.   Division Three.   August 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN MANUEL PADILLA, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 07-1-00209-3, John Hotchkiss, J., entered May 12, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 27170-6-III.   Division Three.   August 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT TODD WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00237-9, Robert G. Swisher, J., entered March 28, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Korsmo, J.